IN RE PETITION OF SARAH E. SHOCKLEY TO PAY MONEY INTO COURT.

*Petition to Pay Money Into Court—Parties.*

The owner of land mortgaged the same to the State for money loaned out of the Superior Court, which had been paid in by the sheriff as applicable to a part of a recognizance, which provided the interest should be paid to a widow for life. *Held*, that the owner of the equity of redemption in the mortgage should not be allowed to pay the money into court unless the person entitled to the principal and interest joined in the petition therefor.

*(April 30, 1898.)*

LORE, C. J. and SPRUANCE and BOYCE, J. J., sitting.

*James H. Hughes* for the petitioner.

(There was no appearance in opposition.)

Superior Court, Kent County, April Term, 1898.

PETITION by Sarah E. Shockley, the owner of lands on which a former owner had made a mortgage to the State of Delaware for money that had been loaned on said lands out of the Superior Court, being a part of certain moneys that had been paid in by the sheriff as applicable to the one-third part of a recognizance on which, by the terms of the recognizance, the interest was payable to a widow during her life. The petition was to pay the money so borrowed into court.

The Court held that the money could not be paid in, as the petition was only that of the owner of the equity of redemption in the mortgaged premises and because the persons entitled to the principal and interest in the mortgage had not joined in the petition.